■ AUGUST VETRANO, as Administrator of the Estate of FRANCIS VETRANO, Deceased, Appellant, v. CITY OF UTICA, Respondent.— Judgment unanimously affirmed, without costs of this appeal to either party. (Appeal from a judgment of Oneida Trial Term dismissing plaintiff's complaint on the merits on motion

of defendant at the close of the plaintiff's evidence, in a negligence action.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.